RATTET, PASTERNAK & GORDON OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (JP-6107)
DAWN K. ARNOLD (DA-0642)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                          Chapter 11
                                                Case No. 07-11510 (JMP)
La Guardia Tavern Corp.
d/b/a Society
d/b/a Newgate Bar and Grill,

      Debtor.

Tax ID: 20-0850497
-------------------------------------------------------------X

### APPLICATION IN SUPPORT OF ORDER AUTHORIZING & APPROVING RETENTION OF ATTORNEYS FOR DEBTOR NUNC PRO TUNC AS OF THE FILING DATE

**TO: THE HONORABLE JAMES M. PECK,
   UNITED STATES BANKRUPTCY JUDGE:**

  The application of the above captioned debtor and debtor-in-possession (collectively, the "Debtor"), by its president, Robert Thomas Agnew, Jr., represents as follows:

 1. On or about May 17, 2007, the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code (the "Code").

 2. The Debtor owns and operates a restaurant and bar (the "Restaurant") located at 535 LaGuardia Place, New York, New York. The restaurant provides a casual eating environment in the New York University area, with both indoor and outdoor café seating.

3. No trustee, examiner or creditor's committee has been appointed in said proceeding.

4. The Debtor desires to employ Rattet, Pasternak & Gordon Oliver, LLP, 550 Mamaroneck Avenue, Harrison, New York 10528 ("Attorneys") as Attorneys for the Debtor, nunc pro tunc, as of the Filing Date.

5. The Debtor has selected Attorneys for the reason that Attorneys have had considerable experience in representing debtors in proceedings before this Court and are well suited to represent the Debtor in the instant proceedings.

6. The profess ional services the Attorneys will render are as follows:

    (a) To give advice to the Debtor with respect to its powers and duties as Debtors-in-Possession and the continued management of their property and affairs.

    (b) To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

    (c) To prepare the necessary answers, orders, reports and other legal papers that are required of the Debtor who seek protection from their creditors under Chapter 11 of the Code.

    (d) To appear before the Bankruptcy Judge and to protect the interest of the Debtor before said Bankruptcy Judge and to represent the Debtors in all matters pending before the Court.

    (e) To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor's estate and to promote the best interests of the Debtor, its creditors and the estate.

9. It is necessary for the Debtor to employ Attorneys for such professional services

pursuant to § 327 of the Code.

10. To the best of the Debtor's knowledge, Attorneys have no connection with the creditors or any other party in interest or their attorneys, except that they represent the Debtor in these proceedings as stated in the annexed affidavit of Jonathan S. Pasternak, Esq. which is incorporated herein and made a part hereof.

11. The Debtor desires to employ Attorneys pursuant to 11 U.S.C. §327 because of the extensive legal services, which are required and indeed are anticipated for a successful reorganization under Chapter 11 of the Code.

12. Attorneys neither hold nor represent any interest adverse to the Debtor or its estate in the matters upon which the Attorneys are to be engaged, and the employment of Attorneys would be in the best interest of the estate.

13. Attorneys will be paid for the legal services rendered upon application duly filed with this Court pursuant Section 330 and 331 of the Code and pursuant to the procedures established by the Order Pursuant to 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals as may be further entered by this Court.

15. Attorneys are disinterested persons within the meaning of 11 U.S.C. Section 101(14) to the best of the Debtor's knowledge, information and belief.

**WHEREFORE**, the Debtor prays for an Order of this Court authorizing it to employ and appoint Rattet, Pasternak & Gordon Oliver, LLP to represent it in this proceeding under Chapter 11 of the Code, <u>nunc pro tunc,</u> as of the Filing Date, together with such other and further relief as appears just to this Court, for all of which no previous application has been made.

Dated: New York, New York
May 17, 2007

LAGUARDIA TAVERN CORP.

By: *_____/s/ Robert T. Agnew_____*
Robert T. Agnew, Jr., President