RATTET, PASTERNAK & GORDON OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (JP-6107)
DAWN K. ARNOLD (DA-0642)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                         Chapter 11
                                               Case No. 07-11510 (JMP)
La Guardia Tavern Corp.
d/b/a Society
d/b/a Newgate Bar and Grill,

                Debtor.

Tax ID: 20-0850497
-------------------------------------------------------------X

## AFFIDAVIT OF NO ADVERSE INTEREST

STATE OF NEW YORK      )
                                     ) SS.:
COUNTY OF WESTCHESTER  )

       JONATHAN S. PASTERNAK, ESQ., being duly sworn, deposes and says:

       1.     Deponent is an attorney duly admitted to practice before this Court and the Courts of the State of New York.

       2.     Deponent is a member of the firm Rattet, Pasternak & Gordon Oliver, LLP ("RP&GO") which maintains is offices at 550 Mamaroneck Avenue, Harrison, New York 10528.

       3.     Deponent and Deponent's firm have had considerable experience representing debtors similar to the Debtor before the United States Bankruptcy Courts.

1

4. Neither Deponent nor his firm has any connection with the Debtor, its creditors, or any other party in interest herein or their respective attorneys except that a senior associate at Deponent's firm who will be involved in the representation of the Debtor, Dawn Arnold, was formerly employed by Belkin, Burden, Wenig & Goldman, LLP ("BBWG"), a firm which represents New York University, the landlord of the Debtor. While employed at BBWG, Ms. Arnold was involved in the representation of New York University, but not with respect to the Debtor. Ms. Arnold left the employment of BBWG seven years ago. Accordingly, Deponent does not believe the connection involves any conflict. Rather, Deponent recites the connection for purposes of full and open disclosure. Neither Deponent nor Deponent's firm is a pre-petition creditor of the Debtor.

5. Based upon all of the foregoing, Deponent respectfully submits that Deponent's firm does not hold nor represent any interest adverse to the Debtor herein or its estate in the matters upon which it is to be engaged.

6. Deponent shall make proper application to the Court for compensation for the services rendered to the Debtor in this proceeding pursuant to § 330 of the Code and pursuant to the procedures established by the Order Pursuant to 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals as may be further entered by this Court.

7. To the best of Deponent's knowledge, the law firm of Rattet, Pasternak & Gordon Oliver, LLP is a disinterested person within the meaning of 11 U.S.C. § 101(14).

8. This firm's billing rates are as follows:

| | |
|---|---|
| Robert L. Rattet - | $550.00 per hour |
| Jonathan S. Pasternak - | $450.00 per hour |
| Richard J. Rubin- | $410.00 per hour |
| Arlene Gordon Oliver - | $415.00 per hour |
| James B. Glucksman - | $385.00 per hour |
| Dawn K. Arnold- | $375.00 per hour |
| Erica R. Feynman – | $275.00 per hour |
| Joseph C. Corneau - | $275.00 per hour |
| Julie A. Cvek - | $225.00 per hour |
| Paralegals - | $120.00 per hour |

9. Deponent's firm received a pre-petition retainer on account for legal services in the amount of $15,000.00 and for costs and expenses in the amount of $1,500 on or before May 17, 2007, as set forth in the Affidavit of Robert Thomas Agnew, Jr. accompanying this application.

**WHEREFORE**, Deponent respectfully requests the entry of the pre-fixed order, together with such other and further relief as is proper.

*/s/ Jonathan S. Pasternak*
JONATHAN S. PASTERNAK (6150)

Sworn to before me this
17th day of May, 2007

*/s/ Julie A. Cvek*
Notary Public