RATTET, PASTERNAK & GORDON OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (JP-6107)
DAWN K. ARNOLD (DA-0642)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                        Chapter 11
                                              Case No. 07 B 11510 (JMP)
La Guardia Tavern Corp.
d/b/a Society
d/b/a Newgate Bar and Grill,

        Debtor.

Tax ID: 20-0850497
---------------------------------------------------------------X

## ORDER SCHEDULING INITIAL CASE CONFERENCE

 The Debtor having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on or about May 17, 2007 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

 **ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the Honorable James M. Peck, United States Bankruptcy Judge, Courtroom 601, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on **June 19, 2007 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute

resolution, timetables and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to: (a) the holders of the ten (10) largest unsecured claims; (b) the holders of the five largest secured claims; (c) the United States Trustee; (d) all parties who have filed notices of appearance and request for papers.

Dated: New York, New York
       May 22, 2007

                                  *s/ James M. Peck*
                                  HONORABLE JAMES M. PECK
                                  UNITED STATES BANKRUPTCY JUDGE