RATTET, PASTERNAK & GORDON OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (JP-6107)
DAWN K. ARNOLD (DA-0642)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-11510 (JMP) |
| La Guardia Tavern Corp. | |
| d/b/a Society | |
| d/b/a Newgate Bar and Grill, | |
| Debtor. | |
| Tax ID: 20-0850497 | |

------------------------------------------------------------------X

## ORDER SCHEDULING HEARING TO CONSIDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTION 363

**UPON** the application (the "Application") the above-captioned debtor and debtor-in-possession, La Guardia Tavern Corp. d/b/a Society d/b/a Newgate Bar and Grill (the "Debtor"), by its attorneys Rattet, Pasternak & Gordon Oliver, LLP, and the Order Scheduling Hearing herein pursuant to Bankruptcy Rule 4001(b) and (c) and Sections 363(c)(2) and 361 of the Bankruptcy Code (the "Code") permitting the Debtor to utilize the cash collateral of M&T Bank ("M&T"), the creditor asserting a secured interest in said cash collateral, on an interim and final basis, respectively, and to provide adequate protection with respect thereto, pursuant to the terms and conditions stated in (a) the proposed Interim Stipulation and Order For Use of Cash Collateral and Adequate Protection of Liens

to be presented at the Preliminary hearing; and the Court having determined that interim relief is required in order to preserve the estate pending a final hearing, and sufficient cause appearing therefore, it is hereby

**ORDERED**, that a preliminary hearing (the "Preliminary Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on May 31, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, One Bowling Green, Courtroom 601 New York, New York 10004-1408:

1) For relief pursuant to Sections 363(c)(2) and 361 of the Code and Bankruptcy Rule 4001 approving and authorizing the Debtor to use Cash Collateral of M&T on an interim basis pending the Final Hearing (as defined below) substantially in accordance with the budget (the "Budget") annexed to the Application as Exhibit "B", and granting M&T a replacement lien in all of the Debtor's pre and post-petition personal property, to the extent that it had a valid security interest in the Debtor's pre-petition assets and in the continuing order of priority that existed as of the Filing Date, and subject to the United States Trustee and other carveouts as set forth in the proposed Interim Stipulation and Order annexed to the Application as Exhibit "A" and in accordance with the Budget as annexed to the Application as Exhibit "B"; and for approval and entry of the Interim Stipulation and Order; and

2) Such other and further relief as is just and proper under the circumstances; and it is further

**ORDERED,** that a final hearing (the "Final Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004-1408, at 10:00 a.m., or as soon thereafter as counsel may be heard, on June 19, 2007:

1) For relief pursuant to Sections 363(c)(2) and 361 of the Code and Bankruptcy Rule 4001 approving and authorizing the Debtor to use cash collateral of M&T on a final basis throughout the

course of the Chapter 11 proceeding; and

    2) Such other and further relief as is just and proper under the circumstances; and it is further

**ORDERED**, that a copy of this Order Scheduling Hearing shall be served upon the parties mandated by Bankruptcy Rules 4001(b) by overnight mail on or before May 25, 2007; and a copy of this Order Scheduling Hearing together with the Application and exhibits upon which it is based shall be served upon: (1) the Debtor's twenty largest unsecured creditors, (2) M&T Bank, (3) all other parties asserting secured interests in the Debtor's property, and (4) upon the United States Trustee by overnight delivery on or before May 25, 2007, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED,** that objections to the relief requested at the Final Hearing must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Application, filed with the Bankruptcy Court at the address stated above (with a copy to Chambers) and must be served upon Debtor's counsel so as to be received at least three (3) days before the Final Hearing.

Dated: New York, New York
       May 25, 2007

                                              *s/ James M. Peck*
                                              HONORABLE JAMES M. PECK
                                              UNITED STATES BANKRUPTCY JUDGE