RATTET, PASTERNAK & GORDON OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (JP-6107)
DAWN K. ARNOLD (DA-0642)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 07-11510 (JMP)
La Guardia Tavern Corp.
d/b/a Society
d/b/a Newgate Bar and Grill,

                              Debtor.

Tax ID: 20-0850497
---------------------------------------------------------------X

**ORDER AUTHORIZING RETENTION OF KLINGER &
KLINGER, LLP AS ACCOUNTANTS FOR THE DEBTOR-IN-
POSSESSION, NUNC PRO TUNC, AS OF MAY 17, 2007**

     **UPON** reading and filing the application ("Application") of the above captioned debtor and debtor-in-possession (the "Debtor") requesting authorization to retain the accounting firm of Klinger & Klinger, LLP ("Accountants"), as accountants for the purposes set forth in the Application and affidavit of Lee Klinger, C.P.A., annexed thereto, and it appearing that the services proposed to be performed by Accountants are necessarily required by and for the Debtor, Accountants are disinterested persons, no adverse interest being held or represented, and no previous notice of this Application being required, it is pursuant to 11 U.S.C. §327(a)

     **ORDERED**, that the Debtor be and is hereby authorized to employ the firm of Klinger &

Klinger, LLP to perform the services described in the affidavit of Lee Klinger, CPA annexed to the Application nunc pro tunc as of May 17, 2007; and it is further

**ORDERED**, that compensation of said accountants for the services to be rendered shall be sought upon proper application pursuant to Section 330 of the Code.

Dated: New York, New York
June 6, 2007

*s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION:**

 s/ Richard C. Morrissey   6/5/2007
**OFFICE OF THE U.S. TRUSTEE**